**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00389-CV

### IN RE CHARLES ANTHONY ALLEN, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

The Court has received relator's April 14, 2014 correspondence in which relator requests the Court to direct the Clerk of Court to provide him a copy of his brief, exhibits, and all papers filed in relation to his petition for writ of habeas corpus and motion for bench warrant. We **DENY** relator's request.

                                        /s/      KERRY P. FITZGERALD
                                                 JUSTICE